-1-

# ATTACHMENT A
## DESCRIPTION OF THE ITEMS TO BE SEARCHED

The following devices, which were seized by the Norton Shores Police Department from 3893 Werner Street, Norton Shores, MI 49444, and are currently stored at the Norton Shores Police Department evidence room, located at 4814 Henry Street, Norton Shores, MI 49441:

1. Elite/PC Tower;

2. HP Laptop, serial number 00196245789254;

3. Dell Laptop, serial number 0043538609876;

4. PCKR External Hard Drive;

5. Apple iPhone, serial number FK1YP16THFLT;

6. Cannon SD Card;

7. Flip Phones (3);

8. LG Flip Phone;

9. Cannon Camera; and

10. LG Tablet.